SCHEDULE A

```
Label Matrix for local noticing          Marion Enterprises, Inc.              Resolute Holdings LLC
0423-6                                   c/o Hannah W. Hutman, Esq.            2275 Seminole Lane
Case 24-60458                            Hoover Penrod, PLC                    Charlottesville, VA 22901-8300
Western District of Virginia             342 S. Main Street
Lynchburg                                Harrisonburg, VA 22801-3628
Wed May 22 13:18:05 EDT 2024

United Bank                                                Charlottesville Orthopaedic Center PLC
2071 Chain Bridge Road                                                         183 Spotnap Road, Suite C
Vienna, VA 22182-2664                                                          Charlottesville, VA 22911-8812

County of Albemarle                      County of Albemarle Police Department David Cox, Esquire
Dept. of Finance and Budget              Colonel Sean Reeves, Police Chief     900 Lakeside Drive
401 McIntire Road                        1600 Fifth St., Suite D               Lynchburg, VA 24501-2675
Charlottesville, VA 22902-4579           Charlottesville, VA 22902-6495

David Nielson                            David Thomas, Esquire                 George Garner
1682 Redington Lane                      310 4th St., NE                       3781 Westerre Parkway, Ste E
Charlottesville, VA 22901-1268           Charlottesville, VA 22902-5299        Henrico, VA 23233-1328

Hannah W. Hutman, Esquire                Marion Enterprises, Inc.              Nancy R. Schlichting, Esquire
Hoover Penrod PLC 342 South Main Street  David Michaelson, VP/COO              FloraPettit 530 East Main Street
Harrisonburg, VA 22801-3628              1005 Vineyard Path Road               Charlottesville, VA 22902-5336
                                         Barboursville, VA 22923-8357

State Farm Insurance                     USTrustee                             United Bank
Gary Albert, Agent 1380 Rio Road E.      Office of the United States Trustee   1275 Seminole Trail
Charlottesville, VA 22901-1704           210 First Street, Suite 505           Charlottesville, VA 22901
                                         Roanoke, VA 24011-1620

United Bank                              David Nielsen                         
c/o Nancy R. Schlichting, Esq.           c/o David Cox
Flora Pettit PC                          900 Lakeside Drive
PO Box 2057                              Lynchburg, VA 24501-2602
Charlottesville VA 22902-2057

                     W. Joel Charboneau                    William E. Callahan Ch.11 Jr.
                                         Office of the United States Trustee   Gentry Locke
                                         210 First Street                      PO Box 40013
                                         Suite 505                             Roanoke, VA 24022-0013
                                         Roanoke, VA 24011-1620
```

